COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:          01-17-00593-CV

Style:          Christine E. Reule v. Sherwood Valley I Council of Co-Owners, Inc.,

George Henry Ramsey, III and Terry A. Frazee and Daniel Goldberg

Date motion filed*:          June 20, 2018

Type of motion:          Motion to Abate Appeal

Party filing motion:          Pro se Appellant Christine E. Reule

Document to be filed:          Response to Appellees' Motion to Dismiss and Appellant's Brief

Is appeal accelerated?          No.

If motion to extend time:

Original due dates:          7/9/18 (response); 8/13/18 (brief)

Number of extensions granted:          0          Current Due Dates: 7/9/18 & 8/13/18

Date Requested:          N/A (12-week abatement requested)

Ordered that motion is:

☑ Granted, in part

If documents are to be filed, documents due: August 13, 2018.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☑ Other: __The Court construes the pro se appellant's motion to abate her deadlines for twelve weeks, due to her medical issues, as a motion for an extension of time to file a response to the appellees' motion to dismiss and **grants** it, in part, **until August 13, 2018**, the current deadline for appellant's brief. *See* TEX. R. APP. P. 2, 10.5(b)(1)(C)._____

Judge's signature: /s/ Evelyn V. Keyes

          ☑ Acting individually          ☐ Acting for the Court

Date: June 26, 2018

November 7, 2008 Revision